**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSWALDO JESUS OLIVARES PIEDRAHITA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2694-KC** |
| | § | |
| **FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On this day, the Court considered Oswaldo Jesus Olivares Piedrahita's Petition for Writ of Habeas Corpus, ECF No. 1. Respondents inform the Court that Olivares Piedrahita has been released from custody and departed the United States. Response 3–4, ECF No. 5; *id.* Ex. C ("Verification of Departure"), ECF No. 5-3. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Olivares Piedrahita has been released from custody, the Petition is now moot. *See Ortez*, 845 F.2d at 575. Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 13th day of November, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE